United States Bankruptcy Court
District of Massachusetts

In re:  
Mairi J. Scamby  
      Debtor

Case No. 16-40967-edk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: agodere     Page 1 of 1     Date Rcvd: Mar 29, 2017  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db         +Mairi J. Scamby,    10 Lincoln Road,    Ashland, MA 01721-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:

         Joseph H. Baldiga     jhbaldiga@ecf.epiqsystems.com,bankrupt@mirickoconnell.com  
         Michael E. Swain     on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Funding Mortgage Securities bankruptcy@orlansmoran.com, Michael@attorneyswain.com;ANHSOM@4stechnologies.com  
         Richard King     USTPRegion01.WO.ECF@USDOJ.GOV  
         Stephen E. Meunier     on behalf of Assistant U.S. Trustee Richard King stephen.meunier@usdoj.gov  
         Timothy M. Mauser     on behalf of Debtor Mairi J. Scamby tmauser@mauserlaw.com  
                                                                                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Mairi J. Scamby        **Case Number:** 16-40967    (CJP)    **Ch:** 7

#36 Motion of The Bank of New York Mellon Trust Company, National Association for Relief from Stay (re: 10 Lincoln Road, Ashland, MA)
#38 Response by Debtor

**COURT ACTION:**

| | Granted | | Approved | | Moot |
| | Denied | | Denied without prejudice | | |
| | Withdrawn in Open Court | | | | |
| | Sustained | | Overruled | | |
| | Continued to _____ | | | | |
| | Proposed Order Submitted by _____ | | | | |
| | Stipulation to be Submitted by _____ | | | | |
| | Taken Under Advisement | | | | |
| | Fees allowed in the amount of: $_____ | | Expenses of: $_____ | | |
| | No appearance/response by: _____ | | | | |

Show Cause Order        _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

THE DEBTOR HAVING FAILED TO APPEAR, AND CAUSE APPEARING, THIS MOTION IS GRANTED.

IT IS SO ORDERED:

_____   Dated: 03/28/2017
Christopher J. Panos
United States Bankruptcy Judge